Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 MAY -6 PM 4: 38

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ____KNT____ DEPUTY

| | |
|---|---|
| ALLIANCE OUTDOOR LIGHTING, INC.<br><br>Plaintiff.<br>vs<br><br>UNIQUE LIGHTING SYSTEMS, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | **SUMMONS IN A CIVIL ACTION**<br>Case No.<br><br>**'08 CV 0822 JLS WMc** |

TO: (Name and Address of Defendant)

[illegible]

Escondido, CA 92[illegible]

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

John C. Wynne, Bernard L. Kleinke, Kevin L. Wheeler
Duckor Spradling Metzger & Wynne
3043 Fourth Ave.
San Diego, CA 92103 - Phone # (619) 209-3000

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY

MAY 06 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)