JOHN C. WYNNE (SBN 83041)
DUCKOR SPRALDING METZGER & WYNNE
A LAW CORPORATION
3043 4TH AVENUE
SAN DIEGO, CA 92103
(619) 209-3000

Attorney(s) for        ALLIANCE OUTDOOR LIGHTING, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff:   ALLIANCE OUTDOOR LIGHTING, INC.            Case No:   08CV0822JLSWMc

Defendant: UNIQUE LIGHTING SYSTEMS, INC.                PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   SUMMONS; COMPLAINT; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

2. a. Party served:      UNIQUE LIGHTING SYSTEMS, INC.
   b. Person served:    JULIE SCHWABEN, RECEPTIONIST AUTHORIZED TO ACCEPT ON BEHALF OF RANDY WEISSER, AUTHORIZED AGENT
   c. Place of Service:  1240 SIMPSON WAY
                         ESCONDIDO, CA 92029
                         {Business}

3. I served the party named in item 2
   a. By personally delivering copies to the person served.
      (1) on:   MAY 13, 2008
      (2) at:   2:56 P.M.

4. Person serving:
   TOM REINHARDT
   CALEXPRESS
   917 West Grape Street
   San Diego, CA  92101
   (619) 685-1122

   a. Fee for Service:$ 52.76
   e. Exempt from registration under Bus. & Prof. Code 22350(b)

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   MAY 15, 2008                             Signature: _____

PROOF OF SERVICE