# EXHIBIT A

*US00D563588S*

## (12) United States Design Patent
### Mullen

(10) Patent No.: **US D563,588 S**
(45) Date of Patent: ∗∗ **Mar. 4, 2008**

(54) **LIGHT FIXTURE**

(76) Inventor: **Nate Mullen**, 1240 Simpson Way, Escondido, CA (US) 92029

(∗∗) Term: **14 Years**

(21) Appl. No.: **29/254,070**

(22) Filed: **Feb. 16, 2006**

(51) **LOC (8) Cl.** ................................................. **26-03**
(52) **U.S. Cl.** ........................................ **D26/85**; D26/89
(58) **Field of Classification Search** ................. D26/72, D26/85–92, 37; 362/147, 431, 432, 362, 362/155–157
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D283,555 S | * | 4/1986 | Levi | D26/85 |
| D346,869 S | * | 5/1994 | Houssian | D26/26 |
| D378,621 S | * | 3/1997 | Landefeld | D26/85 |
| D393,095 S | * | 3/1998 | Fiorato | D26/85 |
| D505,739 S | * | 5/2005 | Hajianpour | D26/37 |

* cited by examiner

*Primary Examiner*—Clare E Heflin
(74) *Attorney, Agent, or Firm*—Kelly Lowry & Kelley, LLP

(57) **CLAIM**

The ornamental design for a light fixture, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the light fixture embodying the new design;

FIG. **2** is a front view of the present invention;

FIG. **3** is a back view of the present invention;

FIG. **4** is a side view of the present invention, the other side view being a mirror image of this side view as shown; and,

FIG. **5** is a top view of the light fixture.

**1 Claim, 2 Drawing Sheets**






FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5