Frederick S. Berretta (State Bar No. 144,757)
Boris Zelkind (State Bar No. 214,014)
Susan Payne (State Bar No. 224,684)
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92107
Phone: (619) 235-8550
Facsimile: (619) 235-0176

Attorneys for Defendant/Counterclaimant
UNIQUE LIGHTING SYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| ALLIANCE OUTDOOR LIGHTING, INC., | ) Case No. 08 cv 822 JLS (WMc) |
|---|---|
| Plaintiff/Counterdefendant, | ) |
| v. | ) **JOINT MOTION TO DISMISS AND COVENANT NOT TO SUE** |
| UNIQUE LIGHTING SYSTEMS, INC, | ) Honorable Janis Sammartino |
| Defendant/Counterclaimant. | ) |

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a) and (c), by and between plaintiff/counterdefendant ALLIANCE OUTDOOR LIGHTING, INC. (herein after "Alliance") and defendant/counterclaimant UNIQUE LIGHTING SYSTEMS, INC. (herein after "Unique") that all claims and counterclaims of this action be dismissed with prejudice.

The parties have reached resolution, and Unique hereby grants Alliance a release and covenant not to sue under Unique's United States Patent No. D563,588 ("the '588 Patent") as described below. Accordingly, Alliance and Unique hereby request that the Court enter the order submitted pursuant to this district's electronic filing rules dismissing the claims and counterclaims of this action with prejudice in accordance with the terms of the stipulation set forth above.

### STATEMENT OF COVENANT NOT TO SUE

Unique covenants not to assert any claim of patent infringement under the '588 Patent against Alliance or any of its officers or employees with respect to any past or current product, design or service advertised, manufactured, imported, marketed, offered for sale, or sold by Alliance.

Respectfully submitted,

DUCKOR SPRADLING METZGER & WYNNE

Dated: August 4, 2008        By: s/ Kevin L. Wheeler
                                 John C. Wynne
                                 wynne@dsmwlaw.com
                                 Kevin L. Wheeler
                                 wheeler@dsmwlaw.com

Attorney for Plaintiff/Counterdefendant
ALLIANCE OUTDOOR LIGHTING, INC.

| | |
|---|---|
| 1 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 3  Dated: August 4, 2008 | By: s/Boris Zelkind |
| | Frederick S. Berretta |
| | Fred.Berretta@kmob.com |
| | Boris Zelkind |
| | Boris.Zelkind@kmob.com |
| | Susan Payne |
| | Susan.Payne@kmob.com |
| | |
| | Attorneys for Defendant/Counterclaimant |
| | UNIQUE LIGHTING SYSTEMS, INC. |

-2-

**PROOF OF SERVICE**

I hereby certify that on August 4, 2008, I caused the foregoing **JOINT MOTION TO DISMISS AND COVENANT NOT TO SUE** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the applicable registered filing users.

John C. Wynne
DUCKOR SPRADLING METZGER & WYNNE
3043 4th Avenue
San Diego CA  92103

Dated:  August 4, 2008

Luz Wright

UNIQL.021L
5683851_2
073008

-1-