IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANCE OUTDOOR LIGHTING, INC., | Case No. 08 cv 822 JLS (WMc) |
| Plaintiff/Counterdefendant, | **ORDER GRANTING JOINT MOTION TO DISMISS** |
| v. | |
| UNIQUE LIGHTING SYSTEMS, INC, | |
| Defendant/Counterclaimant. | |

This Court, having considered the Joint Motion To Dismiss And Covenant Not To Sue between Plaintiff/Counterdefendant Alliance Outdoor Lighting, Inc. and Defendant/Counterclaimant Unique Lighting Systems, Inc., HEREBY ORDERS THAT:

1. All claims and counterclaims of this action shall be dismissed WITH PREJUDICE.

Dated: August 6, 2008

*Janis L. Sammartino*
THE HONORABLE JANIS SAMMARTINO
JUDGE, UNITED STATES DISTRICT COURT

-1-